UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 10-CV-81005-RYSKAMP/VITUNAC

MARK CONBOY,

    Plaintiff,

v.

GMAC MORTGAGE, LLC,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND CLOSING CASE

**THIS CAUSE** comes before the Court on the report and recommendation **[DE 14]** of United States Magistrate Judge Ann E. Vitunac entered on February 18, 2011. Neither party has filed an objection and the time to do so has expired.

The Court has conducted a *de novo* review of the report, applicable law, and pertinent portions of the record. The Court finds Judge Vitunac's report to be well-reasoned and correct. After reviewing the original and amended complaint in light of the applicable legal standards, the Court believes that affording Mr. Conboy an additional opportunity to amend his pleadings would be futile. It is hereby

**ORDERED AND ADJUDGED** that

    (1) The report and recommendation **[DE 14]** of United States Magistrate Judge Ann E. Vitunac is **RATIFIED**, **AFFIRMED**, and **APPROVED** in its entirety

    (2) Defendant GMAC Mortgage, LLC's motion to dismiss **[DE 13]** is **GRANTED**;

(3) Plaintiff Mark Conboy's amended complaint **[DE 12]** is **DISMISSED WITH PREJUDICE;**

(4) Any pending motions are **DENIED AS MOOT**; and

(5) The Clerk of Court is directed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 8 day of March, 2011.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE